UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF LOUISIANA

IN RE: Brian Anderson Criss
    DEBTOR

CASE NO: 17-11210
CHAPTER: 7

Brian Criss
    PLAINTIFF

ADVERSARY NO:

VERSUS

Sinarta Williams and Pablo Reyes
    DEFENDANT

### COMPLAINT – VIOLATION OF AUTOMATIC STAY

I, Brian Criss, filed for bankruptcy protections on December 15, 2017. The defendants, Sinarta Williams and Pablo Reyes were both notified via mail with notices from the Clerk's office at the Middle District Court of Louisiana and via my former attorney Keith Friley. It was also stated in court during a contempt hearing in which the family court judge halted all proceedings, granted me a divorce, and deferred all remaining rulings to the Middle District Court of Louisiana.

On two separate occasions, both defendants attempted to collect a debt from me when they were notified several times of my impending bankruptcy.

On May 8, 2018, I appeared in family court in what I thought was a routine hearing to notify the court that my bankruptcy was discharged and I had satisfied the court's request to inform them of when the it was discharged. Well, the defendant Pablo Reyes and his client Sinarta Williams started to argue that I was to be held in contempt for not paying his client a portion of the net proceeds. That is a clear violation of the automatic stay. They both were trying to collect on a debt.

On May 9, 2018, I received a letter from the defendants requesting information of employment history and any other retirement accounts that I may have other than my current one. They are trying to fish for new accounts they can lay claim to when I listed all debt to both parties on my bankruptcy schedules. They are again violating the automatic stay in trying to collect a debt.

For the above reasons, I am looking for punitive damages to be awarded.

Respectfully,

Brian Criss

*Brian Criss* (signature)

225-279-0854

Please issue summons to Sinarta Williams
P.O. Box 343
Greenwell Springs, LA 70739
through her and attorney Pablo Reyes and Mr. Reyes
5157 Bluebonnet Blvd
Baton Rouge, LA 70809