UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF LOUISIANA

IN RE:

| | |
|---|---|
| BRIAN ANDERSON CRISS | CASE NO. 17-11210 |
| DEBTOR | CHAPTER 7 |
| BRIAN ANDERSON CRISS | ADVERSARY NO. 18-01020 |
| PLAINTIFF, | |
| v. | |
| SINARTA WILLIAMS AND PABLO REYES | |
| DEFENDANT | |

### ANSWER TO COMPLAINT

NOW INTO COURT comes the defendant, SINARTA WILLIAMS, on her own behalf, who respectfully submits the following:

1.

Defendant, Sinarta Williams, denies all allegations contained in Plaintiff's petition.

WHEREFORE, defendant prays that the Court deny all requests for relief contained in Plaintiff's Complaint.

RESPECTFULLY SUBMITTED:

*/s/ Sinarta Williams*

Sinarta Williams
2136 N. Lobdell Ave., Apt. 206
Baton Rouge, LA 70809
(225) 205-3864